AARON KAUFMANN, SBN 148580
LEONARD CARDER, LLP
1999 Harrison Street, Suite 2700
Oakland, CA  94612
Telephone: (510) 272-0169
Facsimile:  (510) 272-0174
akaufmann@leonardcarder.com

CHARLES P. YEZBAK, III
YEZBAK LAW OFFICES PLLC
2021 Richard Jones Road, Suite 310-A
Telephone: (615) 250-2000
Facsimile: (615) 250-2020
yezbak@yezbaklaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA DAILEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TENET HEALTHCARE CORPORATION; CONIFER HEALTH SOLUTIONS, LLC; and CONIFER REVENUE CYCLE SOLUTIONS, LLC,<br><br>Defendants. | CASE NO. 3:20-cv-06734-JD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>JUDGE: James Donato |

Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Barbara Dailey hereby voluntarily dismisses, **without prejudice**, her claims against Defendants Tenet Healthcare Corporation, Conifer Health Solutions, LLC, and Conifer Revenue Cycle Solutions, LLC.

DATED:  January 27, 2021            LEONARD CARDER, LLP

                                              By:   */s/ Aaron D. Kaufmann*
                                                    AARON D. KAUFMANN

DATED:  January 27, 2021            YEZBAK LAW OFFICES PLLC

                                              By:   */s/ Charles P. Yezbak, III*
                                                     CHARLES P. YEZBAK, III